# SHEDD *v.* PEOPLE OF THE STATE OF ILLINOIS EX REL. HEALY, STATE'S ATTORNEY.

ERROR TO THE SUPREME COURT OF THE STATE OF ILLINOIS.·

No. 708.  Motion to dismiss or affirm submitted May 16, 1910.—Decided May 31, 1910.

A judgment of ouster rendered in *quo warranto* proceeding, 241 Illinois, 155, affirmed without opinion.

THE facts involved the validity of a judgment of ouster rendered by the Supreme Court of Illinois in a *quo warranto* proceeding.

*Mr. Harry S. Mecartney* for plaintiffs in error.

*Mr. James Hamilton Lewis* for defendant in error.

*Per Curiam.*  Judgment affirmed with costs.